UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK A. RYAN,

    Plaintiff,

vs.

Case No.: 8:07CV1510-T23 MAP

THE BUDD GROUP, INC. and
BLAIR COMMUNITIES, INC. d/b/a
ARLINGTON RIDGE

    Defendants,
_____/

## COMPLAINT

Plaintiff, MARK A. RYAN, (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel and sues the Defendants, THE BUDD GROUP, INC. and BLAIR COMMUNITIES, INC. d/b/a ARLINGTON RIDGE (hereinafter referred to collectively as the "Defendants"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against his former employers for unpaid wages pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages and a reasonable attorney's fee.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b).

### VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Hillsborough County, Florida.

## THE PARTIES

4. Plaintiff was at all times material, employed by Defendants, THE BUDD GROUP, INC and BLAIR COMMUNITIES, INC. d/b/a ARLINGTON RIDGE, as a security officer located in Hillsborough County, Florida.

5. Defendant, THE BUDD GROUP, INC., is a Florida corporations that is in the security business in Hillsborough County, Florida, solely for the benefit and at the direction of Defendant, THE BUDD GROUP, INC.

6. Defendant, BLAIR COMMUNITIES, INC. d/b/a ARLINGTON RIDGE., is a Florida corporation that operates a resort business in Hillsborough County, Florida.

7. Defendants, THE BUDD GROUP, INC., and BLAIR COMMUNITIES, INC. d/b/a ARLINGTON RIDGE, are individually and jointly employers as defined by 29 U.S.C. § 203(d). Defendants, THE BUDD GROUP, INC. and BLAIR COMMUNITIES, INC. d/b/a ARLINGTON RIDGE, have employees subject to the provisions of the FLSA, 29 U.S.C. § 206, in the locations where Plaintiff was employed.

8. Defendants, THE BUDD GROUP, INC. and BLAIR COMMUNITIES, INC. d/b/a ARLINGTON RIDGE are each individually and jointly an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

9. Defendants, THE BUDD GROUP, INC. and BLAIR COMMUNITIES, INC. d/b/a ARLINGTON RIDGE jointly constitute an enterprise within meaning of 29 U.S.C. § 203(r).

10. Plaintiff was an employee of Defendants, THE BUDD GROUP, INC. AND BLAIR COMMUNITIES, INC. d/b/a ARLINGTON RIDGE, and at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. §§ 206(a) and 207(a)(1).

11.     Plaintiff has retained the PANTAS LAW FIRM, P.A. to represent him in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

12.     Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 11, above.

13.     Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated § 7 and § 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks between October 20, 2005 to October 9, 2006, in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally for the following:

(a)     Unpaid overtime wages found to be due and owing;

(b)     An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c)     Prejudgment interest in the event liquidated damages are not awarded;

(d)     A reasonable attorney's fee and costs; and,

(e)     Such other relief as the Court deems just and equitable.

Dated: 8/21/07

JAY M. YENOR, III, ESQ.
Bar No.: 0937568
PANTAS LAW FIRM, P.A.
250 North Orange Avenue
Eleventh Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778