**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| **MARK A. RYAN,** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) Case No. 8:07-cv-1510-T2-MAP |
|  | ) |
| **THE BUDD GROUP, INC. and,** | ) |
| **BLAIR COMMUNITIES d/b/a** | ) |
| **ARLINGTON RIDGE,** | ) |
|  | ) |
| Defendants. | ) |

**DEFENDANT THE BUDD GROUP, INC.'S NOTICE OF SETTLEMENT**

Defendant, THE BUDD GROUP, INC, through its undersigned counsel and pursuant to Local Rule 3.08, hereby advises the Court that the parties have reached an amicable settlement of this matter. Upon finalization of the settlement documents, the parties will file a Stipulation for Dismissal with Prejudice with the Court and will jointly move for entry of an order approving the settlement.

DATED this 14th day of December, 2007.

Respectfully submitted,

JACKSON LEWIS LLP
P.O. Box 3389
Orlando, FL  32802-3389
Telephone:  (407) 246-8440
Facsimile:  (407) 246-8454

By: *s/Randall W. Lord*
Randall W. Lord
Florida Bar No. 765422
lordr@jacksonlewis.com

                                        Nichole A. Sbert
                                        Florida Bar No. 0896861
                                        sbertn@jacksonlewis.com

                                  Attorneys for Defendant, THE
                                  BUDD GROUP, INC.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of December, 2007, the foregoing was filed using the CM/ECF system, which will forward a copy of the foregoing to: Jay M. Yenor, III, Esq., Pantas Law Firm, P.A., 250 N. Orange Ave., 11th Floor, Orlando, FL 32801.

                                        *s/Randall W. Lord*
                                        Randall W. Lord