Case 8:07-cv-01510-SDM-MAP   Document 19   Filed 12/17/07   Page 1 of 1 PageID 67

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK A. RYAN,

    Plaintiff,

v.                                       CASE NO: 8:07-cv-1510-T-23MAP

THE BUDD GROUP, INC., et al.,

    Defendants.
_____/

**ORDER**

    The defendant advises (Doc. 18) the court that this matter is settled. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on December 17, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE